**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 165 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANTONIO STEVE CLARK, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 166 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANTONIO CLARK, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.